**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**Saint Louis DIVISION**

| | | |
|---|---|---|
| Eddie LaReece Pittman<br><br>Plaintiff(s),<br><br>v.<br><br>EAN Holdings National Corporation,EAN Holding LLC-TN Div.,Ms. Addison Sheets,Ahmed Youssef,Robert X; Mr. YZ<br><br>Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.) | ) | Case No. ____________<br>(to be assigned by Clerk of District Court)<br><br>JURY TRIAL DEMANDED<br><br>YES ☐ NO ☐ |

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✔ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✔ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✔ Other (Describe)

Title I and Title VII ADA Wrongful Termination
Tennessee Disability Act / TCA & 8-50-103
Infliction of Emotional Distress,
Breach of Covanent of Good Faith and Fair Dealings
Wrongful Termination

## PARTIES

2. Plaintiff's name: Eddie LaReece Pittman

Plaintiff's address: 7009 Park Knoll Lane
Street address or P.O. Box

Mount Juliet/ Wilson/TN/ 37122
City/ County/ State/Zip Code

202-549-0094
Area code and telephone number

3. Defendant's name: EAN Holdings National Corp.

Defendant's address: 600 Corporate Park Drive
Street address or P.O. Box

Saint Louis/ MO/ 63105
City/County/State/ Zip Code

314-928-2618
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

Continuation 3. Defendant's name

Defendant 2 Name Enterprise Holdings LLC-Tennessee Division

Defendant 2 address 284 Mallory Station Franklin, TN 37067

Defendant 3 Name Ms. Addison Sheets

Defendant 3 Address 1 Terminal Drive Nashville TN 37214

Defendant 4 Name Mr. Ahmed Youssef

Defendant 4 Address 1 Terminal Drive Nashville TN 37214

Defendant 5 Name Robert X

Defendant 5 Address 1 Terminal Drive Nashville TN 37214

Defendant 6 Mr. YZ

Defendant Address 1 Terminal Drive Nashville TN 37214

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

1 Terminal Drive Nashville TN 37214

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

May 2023 - October 2024

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes Date filed: ____________

☑ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes Date filed: 06/16/2025

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

_✔_ termination of my employment

____ failure to promote me

_✔_ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

____ retaliation

_✔_ harassment

_✔_ other conduct (specify):

ADA Wrongful Termination (Federal and State statutes)
Racial discrimination
Hostile Work Environment
Infliction of Emotional Distress
Breach of Covenant of Good Faith and Fair Dealings

Did you complain about this same conduct in your charge of discrimination?

[✔] Yes [ ] No

11. I believe that I was discriminated against because of my (check all that apply):

✔ race

____ religion

____ national origin

____ color

____ gender

✔ disability

____ age (birth year is: ____________)

____ other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

The Plaintiff began employment February 2022 at the Sky Harbor Airport in Phoenix, AZ. Later that year Plaintiff needed to relocate to the Nashville, TN area in order to pursue employment affiliated with his main career but wanted to stay affiliated with Enterprise. Plaintiff did consider Enterprise as his Secondary career so he put in an Emergency transfer from Sky Harbor Airport to BNA International airport of Nashville, TN. This transfer process which occurred in ~October 2022 introduced the Pro Se Plaintiff to Ms. Addison Sheets who is the human resources representative. Plaintiff was later introduced to Mr. Ahmed Youssef who is general manager for fleet operations for Enterprise BNA Airport.

(Continue to page 6, if additional space is needed.)

The Plaintiff had 2 stressful incidents with a fellow employee named Robert (Robert X) who was a driver. The 1st of which occurred in May 2023 when Robert confronted the Plaintiff to tell the Plaintiff he almost hit him. Defendant Robert was very abusive and started screaming at the Plaintiff so the Plaintiff temporarily screamed back. The Plaintiff turned around and walked away then Defendant Robert said "Go somewhere and fuck yourself!" Peter questioned both the Plaintiff and Robert then asked the Plaintiff if he wanted HR rep Ms. Sheets to be informed. The Plaintiff said yes because Robert was abusive and unprofessional. Ms. Sheets never followed up with the Plaintiiff about the matter. This created an Hostile Work Environment for the Plaintiff in that Robert never brushed the incident off. In late August 2024, the Plaintiff was in process of recording Vin Number for a damaged vehicle then Mike and Robert walked over to that area in that they were assigned to drive the damaged vehicles offsite to a designated area. Robert gets in the car while the Plaintiff was recording info and turns the car on. Mike recognized the overt disrespect and tried to keep the Plaintiff at peace via standing across from him and casually talking. The incident significantly stressed the Plaintiff.

During mid-August 2024 the Pro Se Plaintiff was rudely disrespected by an unknown car cleaner who was a double amputee with prosthetic legs. The employer(Enterprise, National and Alamo) cleaning maintenance site there at BNA quite often provided meals to all of the drivers and car cleaners. This happened an average of 3 to 6 times per month. The Pro Se Plaintiff waited in line to be served and as soon as the Plaintiff was about to be served, the double amputee (Mr. YZ) [who was employed there for roughly a year[started working ~6 months after the Plaintiff started] came and jumped line right in front of the Plaintiff demanding the server to serve him. This handicapped individual is a white male in his late 40s. The server was an individual who everyone called "Duke" and he was the onsite coordinator/manager for numerous temp workers assigned to clean and/or drive. Duke was the 3rd party service's onsite coordinator and he happens to be an Afro American male in his late 40s/early 50s. Duke did not concede to the individual's requests and served the Plaintiff instead. Nevertheless the Plain

(Attach additional sheets as necessary).

Continuation 12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Nevertheless the Plaintiff was still deeply aggravated by the amputee trying to jump in front of him and had perceived it as a racist discriminatory act. The Plaintiff did not pursue addressing issue to Ms. Sheets thinking that it would be annoyed like the issue involving Robert was. Ironically, the Plaintiff never saw the individual again.
In September 2024, the Pro Se Plaintiff was terminated from his main career job and that termination was related to a failure to accommodate the Pro Se Plaintiff's stress disorder disabilities. The Plaintiff's termination from his main career job was devastating to the Plaintiff and he had to make significant adjustments in order to maintain. Those very adjustments involved the Plaintiff getting additional jobs which were more physically demanding than any job the Plaintiff had in recent years. Consequently, the Pro Se Plaintiff's stress level was at an all time high while his neuropathy and vertigo issues were also being greatly aggravated as well.
Soon thereafter, the Pro Se Plaintiff believes he had a disability related episode on October 16, 2024, and was terminated a week later on October 23, 2024. The Plaintiff thought he was working as normal on October 16 but was told that he was seen in his vehicle "sleeping for more than half the shift and there were witnesses and video showing it." Manager Ahmed Youssef and HR rep Addison Sheets had set up a meeting with the Plaintiff on October 23 with Mr. Youssef calling the Plaintiff to ask him to meet him in his office at the beginning of his shift before he started working. During the meeting itself, the Plaintiff was so confused he was literally speechless after what Mr. Youssef had told him. The Plaintiff said he would get back to them and he assumes that the incident was disability related though Ms. Sheets said that she still had grounds to immediately terminate his employment. A week later, the Plaintiff sent an email and text message requesting a copy of the video and the record of him being on the clock when he was allegedly sleeping in his vehicle. The Pro Se Plaintiff also related to them that he wanted to have his mental health authorities investigate the matter but did not get a response, even though they encouraged him to get back with them when he was in a position to articulate. The Plaintiff informed them that there is reason to think that the Plaintiff had "blacked out" as result of all the overwhelming stress he had endured up to that point. Interestingly, there is/was no record of the typical EOD text that the Plaintiff was sending to Mr. Fahmy on that day the incident took place. Prior to the incident leading to the Plaintiff's termination, the Pro Se Plaintiff had one stress affiliated

blackout which he had previously brushed off as a stress and vertigo related episode especially when the Plaintiff was not aware of his having any disabilities at all or that what he did have at that time would certainly qualify as legitimate disability per ADA Law.

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☑ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Compenstory Damages: 1) $40,000 back pay, 2) $25,000 (Distress; Inconvenience)
Punitive Damage: 3) $100,000
Injunctive Relief: 4) Re-instatement of permanent Part Time Position preferably at different location to avoid more trouble

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of August, 2026.

Signature of Plaintiff Eddie LaReece Pittman